■ MARY L. CAMPBELL, Appellant, v GOLDOME REALTY CREDIT CORP. et al., Defendants, and MARK A. WORRELL,

Respondent. (Appeal No. 2.) [621 NYS2d 962] —Order unanimously affirmed without costs. Same Memorandum as in *Campbell v Goldome Realty Credit Corp.* (209 AD2d 991 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Costs.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.